UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K NAIR, | CASE NO. C19-1296 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CHANNA COPELAND, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

On August 20, 2019, the Court issued a minute order denying Plaintiff's request for an *ex parte* TRO. The Court indicated at the time that the issues raised by Plaintiff would not be ruled upon "even temporarily, without an opportunity for all sides to be heard." Plaintiff was ordered to serve all Defendants, meet and confer with the opposing parties and submit a proposed briefing schedule to the Court. Dkt. No. 5 at 2.

It appears that Defendants have now been served and appeared. However, rather than confer with them and file a proposed briefing schedule to address his request for injunctive relief, Plaintiff has instead filed a Second *Ex Parte* Application for Temporary Restraining Order. Dkt. No. 11.

The application is again DENIED. Plaintiff is again ordered to meet and confer with counsel for the Defendants and propose a briefing schedule for his motion. The Court will address his request when all parties have had an opportunity to be heard.

The clerk is ordered to provide copies of this order to Plaintiff and all counsel.

Filed September 9, 2019.

William M. McCool  
Clerk of Court

s/Paula McNabb  
Deputy Clerk