UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JAYAKRISHNAN K NAIR,

Plaintiff,

v.

CHANNA COPELAND, et al.,

Defendants.

CASE NO. C19-1296 MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge:

Plaintiffs, proceeding *pro se*, have filed a series of motions in the above-entitled matter, including two *ex parte* requests for a TRO (Dkt. Nos. 1 and 11), a "Petition to Terminate Guardianship" (Dkt. No. 8), and a "Motion for Sanctions" (Dkt. No. 22).

It is the order of this Court that no further motions practice will be permitted until the fully-briefed motion pending before the Court has been addressed, and the serious question of whether this Court even has jurisdiction to adjudicate this matter has been resolved. Plaintiffs

are ordered to cease filing motions until further order of the Court, and Defendants are not required to respond any further to Plaintiffs' motions (specifically, the motion for sanctions) until the Court has ruled on what is pending before it (the "Petition to Terminate Guardianship") and considered the jurisdictional issue fully.

The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.

Filed September 17, 2019.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk