The Honorable MARSHA J. PECHMAN
Senior U.S. District Judge

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K. NAIR, JAYAKUMAR A. NAIR, RAJAKUMARI SUSHEELKUMAR, SUKANYA SUSHEEL,<br><br>Plaintiffs,<br><br>v.<br><br>CHANNA COPELAND, et al.,<br><br>Defendants. | NO. 19-CV-01296<br><br>ORDER STAYING JOINT STATUS REPORT, RULE 26 AND OTHER DISCOVERY DEADLINES |

The Court initially ordered the Rule 26 conference and joint status report should be completed in December, 2019. Dkt. 32. At Plaintiffs' request the Court continued those deadlines, ordering a joint status report be filed by January 16, 2020 and continuing other Rule 26 deadlines. Dkt. 36. Defendants Washington Department of Social and Health Services (DSHS) and Randy Wilson moved this Court to stay those deadlines. Dkt. 63. Plaintiffs filed no response.

Having been duly advised, including review of this Court's file in this matter and the written submissions of the parties, THIS COURT now orders:

///

///

///

///

ORDER STAYING JOINT
STATUS REPORT, RULE 26
AND OTHER DISCOVERY
DEADLINES

1

The joint status report and Rule 26 deadlines ordered in Docket 36, and any other discovery deadlines, are hereby STAYED until further order of the Court pending resolution of whether Plaintiffs failed to state a claim for which relief can be granted, the Court's subject matter jurisdiction, Defendant immunities, the adequacy of service, and any other issues raised in motions to dismiss that may be filed by other defendants.

Dated this _27th_ day of __January__, 2020.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General

JOSHUA CAMPBELL, WSBA No. 51251
DANIEL JUDGE, WSBA No. 17392
Assistant Attorneys General
Attorneys for Defendants

Office of the Attorney General
PO Box 40124
Olympia, WA 98504-0124
Telephone: (360) 586-6565
Fax: (360) 586-6659
E-mail: Joshua.Campbell@atg.wa.gov
　　　　Daniel.Judge@atg.wa.gov