# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K/ NAIR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHANNA COPELAND, et al., <br><br> Defendants. | CASE NO. C19-1296 MJP <br><br> ORDER GRANTING DEPARTMENT OF SOCIAL AND HEALTH SERVICES AND RANDY WILSON'S MOTION TO DISMISS |

The above-entitled Court, having received and reviewed Defendants Department of Social and Health Services' and Randy Wilson's Motion to Dismiss (Dkt. No. 55), and noting that no opposition to that motion has been filed by Plaintiffs, rules as follows:

IT IS ORDERED that the motion is GRANTED; this matter is DISMISSED as to Defendants Department of Social and Health Services and Randy Wilson on the following grounds:

ORDER GRANTING DEPARTMENT OF SOCIAL AND HEALTH SERVICES AND RANDY WILSON'S MOTION TO DISMISS - 1

1. This Court lacks subject matter jurisdiction in that Plaintiffs' request to vacate King County Superior Court orders is in violation of the Rooker-Feldman doctrine and the Younger abstention doctrine.
2. Plaintiffs have failed to file their tort claims in accordance with RCW 4.92.
3. Plaintiffs' complaint fails to state a claim for which relief can be granted, fails to establish a cognizable legal theory, and fails to offer sufficient facts to support recovery of damages.
4. Both Defendants Department of Social and Health Services and Randy Wilson are entitled to Eleventh Amendment immunity.
5. Service was not properly effected on Randy Wilson in his individual capacity.

The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.

Dated February 20, 2020.

Marsha J. Pechman
United States Senior District Judge