UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K/ NAIR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHANNA COPELAND, et al., <br><br> Defendants. | CASE NO. C19-1296 MJP <br><br> ORDER GRANTING HARBORVIEW MEDICAL CENTER AND DR. ANDREW HAHN'S MOTION FOR JUDGMENT ON THE PLEADINGS |

The above-entitled Court, having received and reviewed Defendants Harborview Medical Center and Dr. Andrew Hahn's Motion for Judgment on the Pleadings (Dkt. No. 74), and noting that no opposition to that motion has been filed by Plaintiffs[1], rules as follows:

IT IS ORDERED that, pursuant to FRCP 12(c), the motion is GRANTED; this matter is DISMISSED as to Defendants Harborview Medical Center and Dr. Andrew Hahn on the following grounds:

---

[1] Under Local Rules W.D. Wash. 7(b)(2), "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit."

1. This Court lacks subject matter jurisdiction in that Plaintiffs' attempt to challenge the results of a vulnerable adult protection proceeding and a guardianship proceeding conducted by King County Superior Court is in violation of the Rooker-Feldman doctrine and the Younger abstention doctrine.
2. Plaintiffs have failed to file their tort claims in compliance with RCW 4.92.
3. Plaintiffs' complaint fails to state a claim for which relief can be granted, fails to establish a cognizable legal theory, and fails to offer sufficient facts to support recovery of damages.

The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.

Dated March 3, 2020.

Marsha J. Pechman
United States Senior District Judge