| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE | |
| JAYAKRISHNAN K. NAIR, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CHANNA COPELAND, et al.,<br><br>　　　　　　　　　Defendants. | CASE NO. C19-1296 MJP<br><br>ORDER DISMISSING PLAINTIFF JAYAKUMAR A. NAIR |

On February 3, 2020, this Court issued an order pursuant to LCR 10(f) directing Plaintiffs to provide a valid mailing address for *pro se* Plaintiff Jayakumar A. Nair. Plaintiffs were given 30 days to comply, and advised that "[f]ailure to do so will result in the dismissal of this Plaintiff from the lawsuit." (Dkt. No. 73, Order re: Jayakumar A. Nair.)

As of the date of this order, no information concerning a new, valid mailing address for Jayakumar Nair has been forthcoming. Accordingly,

IT IS ORDERED that Plaintiff Jayakumar A. Nair is DISMISSED from this lawsuit.

The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.

Dated March 4, 2020.

*Marsha J. Pechman* (signature)

Marsha J. Pechman
United States Senior District Judge