UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K. NAIR, et al., | CASE NO. C19-1296 MJP |
| Plaintiffs, | ORDER RE: PLAINTIFF RAJAKUMARI SUSHEELKUMAR |
| v. | |
| CHANNA COPELAND et al., | |
| Defendants. | |

On April 6, 2020, the Clerk of the Court recorded the return of three letters sent to Plaintiff Rajakumari Susheelkumar to the address in Redmond, Washington provided by the Plaintiff. The letters were marked "Return to Sender/Not Deliverable as Addressed/Unable to Forward." Dkt. Nos. 98-100.

LCR 10(f) states:

Any attorney representing any party or any party not represented by an attorney must file a notice with the court of any change in address, telephone number or e-mail address. Such notice must be received by the Clerk's Office within ten days of the change. All subsequent pleadings, motions or other filings shall reflect the new address and telephone number. The address and telephone number of the party or its attorney, noted on the first pleadings, motions or other filings or as changed by individual notice, shall be

conclusively taken as the last known address and telephone number of said party or attorney.

IT IS ORDERED that Plaintiffs must supply the Clerk of the Court with a valid mailing address for Plaintiff Rajakumari Susheelkumar within 30 days of the date of this order. Failure to do so will result in the dismissal of this Plaintiff from the lawsuit.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 14, 2020.

Marsha J. Pechman
United States Senior District Judge

RAJAKUMARI SUSHEELKUMAR JAYAKUMAR NAIR - 2