UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K. NAIR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHANNA COPELAND, et al.,<br><br>Defendants. | CASE NO. C19-1296 MJP<br><br>ORDER DISMISSING PLAINTIFF RAJAKUMARI SUSHEELKUMAR |

On April 14, 2020, this Court issued an order pursuant to LCR 10(f) directing Plaintiffs to provide a valid mailing address for *pro se* Plaintiff Rajakumari Susheelkumar.  Plaintiffs were given 30 days to comply, and advised that "[f]ailure to do so will result in the dismissal of this Plaintiff from the lawsuit."  (Dkt. No. 101, Order re: Rajakumari Susheelkumar.)

As of the date of this order, no information concerning a new, valid mailing address for Rajakumari Susheelkumar has been forthcoming.  Accordingly,

IT IS ORDERED that Plaintiff Rajakumari Susheelkumar is DISMISSED from this lawsuit.

ORDER DISMISSING PLAINTIFF RAJAKUMARI SUSHEELKUMAR - 1

1

2     The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.

3     Dated May 18, 2020.

4

5                                 Marsha J. Pechman

6                                 United States Senior District Judge