UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAYAKRISHNAN K.. NAIR, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHANNA COPELAND, et al.,<br><br>Defendants. | CASE NO. C19-1296 MJP<br><br>ORDER RESCINDING DISMISSAL OF PLAINTIFF RAJAKUMARI SUSHEELKUMAR |

On May 18, 2020, the Court entered an order dismissing Plaintiff Rajakumari Susheelkumar from the above-entitled matter for failure to maintain a valid mailing address in the court record. Dkt. No. 121. On May 20, 2020, the Clerk's Office received an email from Mr. Susheelkumar explaining that the inability to deliver correspondence from the Court had been the result of difficulties that the postal system in India was experiencing in the wake of the global pandemic. Mr. Susheelkumar requested that he be reinstated as a plaintiff and registered for electronic receipt of all court filings.

ORDER RESCINDING DISMISSAL OF PLAINTIFF RAJAKUMARI SUSHEELKUMAR - 1

1    IT IS ORDERED that the order dismissing Rajakumari Susheelkumar as a plaintiff in this
2 matter is RESCINDED; Mr. Susheelkumar is reinstated as a plaintiff in C19-1296MJP.
3    IT IS FURTHER ORDERED that Mr. Susheelkumar file for electronic registration
4 within five days of the date of this order.
5    IT IS FURTHER ORDERED that Mr. Susheelkumar provide the Clerk's Office with a
6 valid mailing address within ten days of the date of this order.
7
8    The clerk is ordered to provide copies of this order to Plaintiffs and to all counsel.
9    Dated May 21, 2020.

    *[signature]*

    Marsha J. Pechman
    United States Senior District Judge