1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

10  JAYAKRISHNAN K. NAIR, et al.,            CASE NO. C19-1296 MJP

11                  Plaintiffs,               ORDER RE: PLAINTIFF
                                              SUKANYA SUSHEEL
12         v.

13  CHANNA COPELAND et al.,

14                  Defendants.

15

16   On May 15 and 16, 2020, the Clerk of the Court recorded the return of two letters mailed

17  to Plaintiff Sukanya Susheel at the address in Thiruvananthapuram Kerala, India provided by the

18  Plaintiff.  The letters were marked "Return to Sender/Refused/Unable to Forward."  Dkt. Nos.

19  123-124.  LCR 10(f) states:

20      Any attorney representing any party or any party not represented by an
        attorney must file a notice with the court of any change in address, telephone
21      number or e-mail address. Such notice must be received by the Clerk's Office
        within ten days of the change. All subsequent pleadings, motions or other
22      filings shall reflect the new address and telephone number. The address and
        telephone number of the party or its attorney, noted on the first pleadings,
23      motions or other filings or as changed by individual notice, shall be
        conclusively taken as the last known address and telephone number of said
24      party or attorney.

ORDER RE: PLAINTIFF JAYAKUMAR NAIR - 1

IT IS ORDERED that Plaintiffs must supply the Clerk of the Court with a valid mailing address for Plaintiff Sukanya Susheel within 30 days of the date of this order. Failure to do so will result in the dismissal of this Plaintiff from the lawsuit.

Until further notice, the Clerk will mail no notices to Plaintiff Sukanya Susheel at the invalid address. Presumably the remaining Plaintiffs know how to contact their family member; the Court delegates that responsibility to them.

The clerk is ordered to provide copies of this order to Plaintiffs (except Sukanya Susheel) and to all counsel.

Dated May 22, 2020.

Marsha J. Pechman
United States Senior District Judge